IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CRAIG-BUFF LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-507C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 14 days, to and including October 27, 2005, within which to file its reply brief. Defendant's reply currently is due to be filed October 13, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Additional time is necessary to draft our reply brief. Upon receipt of plaintiff’s response to our motion for summary judgment, counsel for defendant transmitted a copy via email to agency counsel, with a request that the agency provide to us its comments to plaintiff’s response. Agency counsel has begun the process of drafting the agency’s comments, however, additional time is necessary for agency counsel to complete his draft. In addition, agency counsel is in the process of gathering documents relevant to issues raised in plaintiff’s response. It is anticipated that the agency will submit to counsel of record its comments no later than October 20, 2005.

Once counsel of record receives the agency’s comments, additional time will be necessary to review the agency's comments, along with any additional documents, and to make any changes or additions to our reply brief prior to submitting it for review by Department of Justice officials.

In these circumstances, the requested enlargement of time is reasonable, and is necessary to allow sufficient time for counsel of record to prepare a thorough, responsive reply brief that will be of greatest benefit to the Court in resolving this matter.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

OF COUNSEL:

TIMOTHY TREANOR
Small Business
Administration

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

October 6, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 6, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON