# In the United States Court of Federal Claims

No. 05-507C
(Filed October 6, 2005)

```
***********************************
CRAIG-BUFF LIMITED PARTNERSHIP,    *
 a Nevada Limited Partnership,     *
                                   *
                    Plaintiff,     *
                                   *
               v.                  *
                                   *
THE UNITED STATES,                 *
                                   *
                    Defendant,     *
***********************************
```

## Order

On October 6, 2005, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant requests an enlargement of time to and including October 27, 2005, within which to file its reply brief.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed October 6, 2005, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge