No. 05-507C
(Senior Judge Merow)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CRAIG-BUFF LIMITED PARTNERSHIP,
a Nevada Limited Partnership,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S APPENDIX VOLUME ONE TO DEFENDANT'S REPLY BRIEF

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRIAN M. SIMKIN
Assistant Director

OF COUNSEL:

TIMOTHY TREANOR
Small Business
Administration

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

October 27, 2005

Attorneys for Defendant

# INDEX TO APPENDIX


| | Page |
|---|---|
| Transcript of Account (reflecting information printed from agency's database), for CIT loan, dated September 29, 2005 | 1 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated March 31, 2003 | 2 |
| Various checks from CIT to SBA, various dates | 3 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated May 12, 2003 | 5 |
| Various checks from CIT to SBA, various dates | 6 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated July 29, 2003 | 8 |
| Various checks from CIT to SBA, various dates | 9 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated August 26, 2004 | 12 |
| Various checks from CIT to SBA, various dates | 13 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated September 15, 2003 | 14 |
| Various checks from CIT to SBA, various dates | 15 |
| page 17 omitted | |
| Transcript of Account (reflecting information printed from agency's database), for consolidated SBA loan, dated October 12, 2005 | 18 |
| Various checks from Craig-Buff to SBA, various dates | 19 |
| SBA Checks Received Report dated August 12, 2004 (with checks from Nevada Title attached) | 28 |

# TRANSCRIPT OF ACCOUNT

NAME
**Craig-Buff Limited Partnership**

SBA U. S. Small Business Administration
Denver, CO 80259

| LOAN NUMBER | INTEREST RATE | SERVICING OFFICE | DATE |
|---|---|---|---|
| 16183240-04 | 0.000% | | 29-Sep-05 |

| TRANSACTION DATE | INTEREST DAYS | DISBURS. / CPC (REFUND) | REMITTANCE (1) | APPLICATION OF REMITTANCE PRINCIPAL (2) | APPLICATION OF REMITTANCE INTEREST (2) | APPLICATION OF REMITTANCE ACCR. INTEREST | BALANCES PRINCIPAL | BALANCES ACCR. INTEREST |
|---|---|---|---|---|---|---|---|---|
| 02/27/03 | | Gty Purch | | | | | $272,997.03 | |
| 03/20/03 | 21 | | $4,476.34 | $2,134.45 | $2,341.89 | $0.00 | 270,862.58 | $0.00 |
| 05/07/03 | 48 | | 4,476.34 | 2,152.69 | 2,323.65 | $0.00 | 268,709.89 | $0.00 |
| 07/18/03 | 72 | | 4,476.34 | 1,049.87 | 3,426.47 | 0.00 | 267,660.02 | 0.00 |
| 09/05/03 | 49 | | 4,476.34 | 2,222.38 | 2,253.96 | 0.00 | 265,437.64 | 0.00 |
| 09/01/04 | 362 | | 281,115.76 | 265,437.64 | 15,678.12 | 0.00 | 0.00 | 0.00 |
| | 0 | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTALS | | $0.00 | $299,021.12 | $272,997.03 | $26,024.09 | $0.00 | | |

LISTED ABOVE IS A TRANSCRIPT OF ACCOUNT AS OF THE DATES INDICATED, TAKEN FROM THE RECORDS OF THIS AGENCY.

AUTHORIZED SIGNATURE | DATE 9/29/05

SBA FORM 466 (11-95) SOP 20 22 1

001

(1) Amount is repayment amount as shown on CIT's 172. Cash received by SBA is shown below by payment:

| | |
|---|---|
| 03/23/03 | $3,196.41 |
| 05/07/03 | $3,256.46 |
| 07/18/03 | $3,207.26 |
| 09/05/03 | $3,255.57 |
| 09/01/04 | $ 210,836.82 |

(2) This loan is bank serviced and application of payments was based on CIT's instructions (Form 172).

CCAN: 25339
005-0025339-901

# SMALL BUSINESS ADMINISTRATION
# TRANSACTION REPORT ON LOAN SERVICED BY LENDER

| | |
|---|---|
| 1. Mail to:<br><br>**U.S. Small Business Administration**<br>**721 19th Street**<br>**Denver, CO 80259** | 2. Lender's Name and Address<br><br>CIT Small Business Lending Corporation<br>One CIT Drive<br>Livingston, New Jersey 07039 |
| 3. Loan Number<br><br>1618324004 | 4. Borrower's Name<br><br>CRAIG-BUFF LIMITED PARTNERSHIP |
| 5. Interest Rates<br>6.50% SBA — 6.50% CIT SBLC | 6. Percent Shares<br>75.00% SBA — 25.00% CIT SBLC |
| 7. Date Repayment Received<br><br>03/20/2003 | 8. Installment Due Date Paid<br><br>10/01/2001 |
| 9. Interest Period Paid<br><br>From: 01/03/2003<br>To: 03/20/2003 | 10. No. of Days Interest<br><br>76 days |

| 11. Application of payment | Total | Lender Share | SBA Share | SBA Guaranty % |
|---|---|---|---|---|
| Repayment amount | $4,476.34 | $1,119.09 | $3,357.26 | 75.00% |
| A. To interest | $2,341.89 | $585.47 | $1,756.42 | 75.00% |
| B. To Principal | $2,134.45 | $533.61 | $1,600.84 | 75.00% |
| C. Less: Service Fee * | | | $160.85 | |
| D. Amount remitted to SBA | | | $3,196.41 | |

* Compute Service Fees as follows:
Multiply SBA's Share of Beginning Principal By:
(Number of Days Interest times Daily Factor).
Daily Factor = .0000068 if SBA's Percent Share **Exceeds 75%.**
Daily Factor = .0000103 if SBA's Percent is **75% or less.**

| Principal Loan Balance | Total | Lender Share | SBA Share | SBA Guaranty % |
|---|---|---|---|---|
| a. Last Report | $273,970.76 | $68,492.69 | $205,478.07 | 75.00% |
| b. Plus Principal Additions | | | | 75.00% |
| c. Less Repayments/Credits | $2,134.45 | $533.61 | $1,600.84 | 75.00% |
| d. Ending Balance This Report | $271,836.31 | $67,959.08 | $203,877.23 | 75.00% |

| | | |
|---|---|---|
| 13. Comments:<br><br>Payment under Chapter-11 | 14. ------ OFO USE ONLY--------<br><br>T/C________ Offline Code_________<br><br>Next Due Date: / / | |
| 15. Signature and Title<br><br>Mark P. Jones<br>Asset Recovery & Liquidation | 16. Telephone No.<br><br>(973)422-6023 | 17. Report Date<br><br>03/31/2003 |

SBA FORM 172 (4-93) REF: SOP 20 23

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

394857

CIT Group Inc. (NJ)
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

Date 08 Apr.2003

Pay Amount $77,154.40***

Pay ****SEVENTY-SEVEN THOUSAND ONE HUNDRED FIFTY-FOUR AND 40 / 100 US DOLLAR****

To The Order Of
U.S. SMALL BUSINESS ADMINISTRATION
COLLECTION ACTIVITES BRANCH
721 19TH STREET, SUITE 400
DENVER, CO 80259-0001

Authorized Signature

⑈394857⑈ ⑆031100351⑆ ⑈0300975216⑈

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

394270

CIT Group Inc. (NJ)
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

Date 03 Apr.2003

Pay Amount $3,196.41***

Pay ****THREE THOUSAND ONE HUNDRED NINETY-SIX AND 41 / 100 US DOLLAR****

To The Order Of
U.S. SMALL BUSINESS ADMINISTRATION
COLLECTION ACTIVITES BRANCH
721 19TH STREET, SUITE 400
DENVER, CO 80259-0001

Authorized Signature

⑈394270⑈ ⑆031100351⑆ ⑈0300975216⑈

003

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

394271

BANK OF NEW YORK (DELAWARE)


For Deposit Only
US Small Business Administration
APR 11 2003
For Credit to US Treasury


For Deposit Only
US Small Business Administration
APR 11 2003
For Credit to US Treasury





CCAN: 25339
005-0025339-901

# SMALL BUSINESS ADMINISTRATION
# TRANSACTION REPORT ON LOAN SERVICED BY LENDER

| | |
|---|---|
| 1. Mail to:<br><br>**U.S. Small Business Administration**<br>**721 19th Street**<br>**Denver, CO 80259** | 2. Lender's Name and Address<br><br>CIT Small Business Lending Corporation<br>**One CIT Drive, Suite 4321**<br>**Livingston, New Jersey 07039** |
| 3. Loan Number<br><br>1618324004 | 4. Borrower's Name<br><br>CRAIG-BUFF LIMITED PARTNERSHIP |
| 5. Interest Rates<br>6.50% SBA / 6.50% CIT SBLC | 6. Percent Shares<br>75.00% SBA / 25.00% CIT SBLC |
| 7. Date Repayment Received<br><br>05/07/2003 | 8. Installment Due Date Paid<br><br>11/01/2001 |
| 9. Interest Period Paid<br><br>From: 03/20/2003<br>To: 05/07/2003 | 10. No. of Days Interest<br><br>48 days |

| 11. Application of payment | Total | Lender Share | SBA Share | SBA Guaranty % |
|---|---|---|---|---|
| Repayment amount | $4,476.34 | $1,119.09 | $3,357.26 | 75.00% |
| A. To interest | $2,323.65 | $580.91 | $1,742.74 | 75.00% |
| B. To Principal | $2,152.69 | $538.17 | $1,614.52 | 75.00% |
| C. Less: Service Fee * | | | $100.80 | |
| D. Amount remitted to SBA | | | $3,256.46 | |

* Compute Service Fees as follows:
Multiply SBA's Share of Beginning Principal By:
(Number of Days Interest times Daily Factor).
Daily Factor = .0000068 if SBA's Percent Share **Exceeds 75%.**
Daily Factor = .0000103 if SBA's Percent is **75% or less.**

| Principal Loan Balance | Total | Lender Share | SBA Share | SBA Guaranty % |
|---|---|---|---|---|
| a. Last Report 03/31/2003 | $271,836.31 | $67,959.08 | $203,877.23 | 75.00% |
| b. Plus Principal Additions | | | | 75.00% |
| c. Less Repayments/Credits | $2,152.69 | $538.17 | $1,614.52 | 75.00% |
| d. Ending Balance This Report | $269,683.62 | $67,420.91 | $202,262.72 | 75.00% |

| | | |
|---|---|---|
| 13. Comments: | | 14. ------ OFO USE ONLY--------<br>T/C________ Offline Code__________<br>Next Due Date: / / |
| 15. Signature and Title<br>Mark P. Jones<br>Asset Recovery & Liquidation | 16. Telephone No.<br>(973)422-6023 | 17. Report Date<br>05/12/2003 |

SBA FORM 172 (4-93) REF: SOP 20 23

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CIT Group Inc. (NJ)
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

403115

Date 15.May.2003 Pay Amount $3,256.46***

Pay ****THREE THOUSAND TWO HUNDRED FIFTY-SIX AND 46 / 100 US DOLLAR****

To The Order Of
U.S. SMALL BUSINESS ADMINISTRATION
COLLECTION ACTIVITES BRANCH
721 19TH STREET, SUITE 400
DENVER, CO 80259-0001

Authorized Signature

⑈403115⑈ ⑆031100351⑆ ⑈0300975216⑈

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CIT Group Inc. (NJ)
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

403114

Date 15.May.2003 Pay Amount $150.00***

Pay ****ONE HUNDRED FIFTY AND XX / 100 US DOLLAR****

To The Order Of
U.S. SMALL BUSINESS ADMINISTRATION
COLLECTION ACTIVITES BRANCH
721 19TH STREET, SUITE 400
DENVER, CO 80259-0001

Authorized Signature

⑈403114⑈ ⑆031100351⑆ ⑈0300975216⑈

006

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CIT Group Inc. (NJ)
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

403121

Pay Amount $1,623.61***

For Deposit Only
US Small Business Administration
MAY 16 2003
73000001
For Credit to US Treasury

For Deposit Only
US Small Business Administration
MAY 16 2003
73000001
For Credit to US Treasury



For D
US Small Bus
MAY
7
For Cred