No. 05-507C
(Senior Judge Merow)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CRAIG-BUFF LIMITED PARTNERSHIP,
a Nevada Limited Partnership,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S APPENDIX VOLUME TWO TO DEFENDANT'S REPLY BRIEF

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRIAN M. SIMKIN
Assistant Director

OF COUNSEL:

TIMOTHY TREANOR
Small Business
Administration

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

October 27, 2005

Attorneys for Defendant

# INDEX TO APPENDIX


| | Page |
|---|---|
| Transcript of Account (reflecting information printed from agency's database), for CIT loan, dated September 29, 2005 . . . . . . . . . . . . . . . . . . | 1 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated March 31, 2003 . . . . . . . . . . . . | 2 |
| Various checks from CIT to SBA, various dates . . . . . . . . . . | 3 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated May 12, 2003 . . . . . . . . . . . . . | 5 |
| Various checks from CIT to SBA, various dates . . . . . . . . . . | 6 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated July 29, 2003 . . . . . . . . . . . . . | 8 |
| Various checks from CIT to SBA, various dates . . . . . . . . . . | 9 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated August 26, 2004 . . . . . . . . . . . | 12 |
| Various checks from CIT to SBA, various dates . . . . . . . . . | 13 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated September 15, 2003 . . . . . . . . . | 14 |
| Various checks from CIT to SBA, various dates . . . . . . . . . | 15 |
| page 17 omitted | |
| Transcript of Account (reflecting information printed from agency's database), for consolidated SBA loan, dated October 12, 2005 . . . . . . | 18 |
| Various checks from Craig-Buff to SBA, various dates . . . . . | 19 |
| SBA Checks Received Report dated August 12, 2004 (with checks from Nevada Title attached) . . . . . . . . . | 28 |

CCAN: 25339
005-0025339-901

# SMALL BUSINESS ADMINISTRATION
# TRANSACTION REPORT ON LOAN SERVICED BY LENDER

| | |
|---|---|
| 1. Mail to:<br><br>**U.S. Small Business Administration**<br>**721 19th Street**<br>**Denver, CO 80259** | 2. Lender's Name and Address<br><br>**CIT Small Business Lending Corporation**<br>**One CIT Drive**<br>**Livingston, New Jersey 07039** |
| 3. Loan Number<br><br>1618324004 | 4. Borrower's Name<br><br>CRAIG-BUFF LIMITED PARTNERSHIP |
| 5. Interest Rates<br>6.25% SBA \| 6.25% CIT SBLC | 6. Percent Shares<br>75.00% SBA \| 25.00% CIT SBLC |
| 7. Date Repayment Received<br><br>07/18/2003 | 8. Installment Due Date Paid<br><br>12/01/2001 |
| 9. Interest Period Paid<br>From: 05/07/2003<br>To: 07/18/2003 | 10. No. of Days Interest<br><br>72 days |

| 11. Application of payment | Total | Lender Share | SBA Share | SBA Guaranty % |
|---|---|---|---|---|
| Repayment amount | $4,476.34 | $1,119.08 | $3,357.26 | 75.00% |
| A. To interest | $3,426.47 | $856.62 | $2,569.85 | 75.00% |
| B. To Principal | $1,049.87 | $262.47 | $787.40 | 75.00% |
| C. Less: Service Fee * | | | $150.00 | |
| D. Amount remitted to SBA | | | $3,207.26 | |

* Compute Service Fees as follows:
Multiply SBA's Share of Beginning Principal By:
(Number of Days Interest times Daily Factor).
Daily Factor = .0000068 if SBA's Percent Share **Exceeds 75%.**
Daily Factor = .0000103 if SBA's Percent is **75% or less.**

| Principal Loan Balance | Total | Lender Share | SBA Share | SBA Guaranty % |
|---|---|---|---|---|
| a. Last Report 05/12/2003 | $269,683.62 | $67,420.91 | $202,262.72 | 75.00% |
| b. Plus Principal Additions | | | | 75.00% |
| c. Less Repayments/Credits | $1,049.87 | $262.47 | $787.40 | 75.00% |
| d. Ending Balance This Report | $268,633.75 | $67,158.44 | $201,475.31 | 75.00% |

| | |
|---|---|
| 13. Comments:<br>Payment remitted from Debtor in Possession under Chapter-11. | 14. ----- OFO USE ONLY-----<br>T/C 0 Offline Code<br>Next Due Date: / / |

| | | |
|---|---|---|
| 15. Signature and Title<br>Mark P. Jones<br>Asset Recovery & Liquidation | 16. Telephone No.<br><br>(973)422-6023 | 17. Report Date<br><br>07/29/2003 |

SBA FORM 172 (4-93) REF: SOP 20 23

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

420163

CIT Group Inc. (NJ)
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

Date 05.Aug.2003 Pay Amount $3,207.26***

Pay ****THREE THOUSAND TWO HUNDRED SEVEN AND 26 / 100 US DOLLAR****

To The Order Of
U.S. SMALL BUSINESS ADMINISTRATION
COLLECTION ACTIVITES BRANCH
721 19TH STREET, SUITE 400
DENVER, CO 80259-0001

Authorized Signature

⑈420163⑈ ⑆031100351⑆ ⑈0300975216⑈

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

420162

CIT Group Inc. (NJ)
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

Date 05.Aug.2003 Pay Amount $6,464.09***

Pay ****SIX THOUSAND FOUR HUNDRED SIXTY-FOUR AND 09 / 100 US DOLLAR****

To The Order Of
U.S. SMALL BUSINESS ADMINISTRATION
COLLECTION ACTIVITES BRANCH
721 19TH STREET, SUITE 400
DENVER, CO 80259-0001

Authorized Signature

⑈420162⑈ ⑆031100351⑆ ⑈0300975216⑈

009

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

420158

CIT Group Inc. (NJ)
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

Date 05.Aug.2003 Pay Amount $4,750.38***

...UR THOUSAND SEVEN HUNDRED FIFTY AND 38 / 100 US DOLLAR****





010







CCAN: 25339
005-0025339-901

# SMALL BUSINESS ADMINISTRATION
# TRANSACTION REPORT ON LOAN SERVICED BY LENDER

| 1. Mail to: | 2. Lender's Name and Address |
|---|---|
| **U.S. Small Business Administration**<br>**721 19th Street**<br>**Denver, CO 80259** | **CIT Small Business Lending Corporation**<br>**One CIT Drive, Suite 4321**<br>**Livingston, New Jersey 07039** |
| 3. Loan Number<br>1618324004 | 4. Borrower's Name<br>CRAIG-BUFF LIMITED PARTNERSHIP |
| 5. Interest Rates<br>6.50% SBA / 6.50% CIT SBLC | 6. Percent Shares<br>75.00% SBA / 25.00% CIT SBLC |
| 7. Date Repayment Received<br>08/12/2004 | 8. Installment Due Date Paid<br>02/01/2002 |
| 9. Interest Period Paid<br>From:<br>To: | 10. No. of Days Interest<br>0 days |

| 11. Application of payment | Total | Lender Share | SBA Share | SBA Guaranty % |
|---|---|---|---|---|
| Repayment amount | $281,115.76 | $70,278.94 | $210,836.82 | 75.00% |
| A. To interest | $15,678.12 | $3,919.53 | $11,758.59 | 75.00% |
| B. To Principal | $265,437.64 | $66,359.41 | $199,078.23 | 75.00% |
| C. Less: Service Fee* | | | | |
| D. Amount remitted to SBA | | | $210,836.82 | |

* Compute Service Fees as follows:
Multiply SBA's Share of Beginning Principal By:
(Number of Days Interest times Daily Factor).
Daily Factor = .0000068 if SBA's Percent Share **Exceeds 75%.**
Daily Factor = .0000103 if SBA's Percent is **75% or less.**

| Principal Loan Balance | Total | Lender Share | SBA Share | SBA Guaranty % |
|---|---|---|---|---|
| a. Last Report 09/15/2003 | $266,411.37 | $66,602.84 | $199,808.53 | 75.00% |
| b. Plus Principal Additions | | | | 75.00% |
| c. Less Repayments/Credits | $265,437.64 | $66,359.41 | $199,078.23 | 75.00% |
| d. Ending Balance This Report | $973.73* | $243.43* | $730.30* | 75.00% |

| 13. Comments: | 14. —— OFO USE ONLY—— |
|---|---|
| *Difference from SBA Guaranty Purchase dated 02/27/03. SBA records should indicate the Balance is Zero on SBA accounting after this Final Form 172. | T/C________ Offline Code_________<br>Next Due Date: / / |

| 15. Signature and Title | 16. Telephone No. | 17. Report Date |
|---|---|---|
| Mark P. Jones<br>Asset Recovery & Liquidation | 973-422-6023 | 08/26/2004 |
| Peter D. Schaeffler<br>Assistant Vice President | 973-422-6039 | |

SBA FORM 172 (4-93) REF: SOP 20 23

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

430190

CIT Group Inc. (NJ)
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

Date 18 Sep 2003 Pay Amount $3,255.57***

Pay ****THREE THOUSAND TWO HUNDRED FIFTY-FIVE AND 57 / 100 US DOLLAR****

To The Order Of
U.S. SMALL BUSINESS ADMINISTRATION
COLLECTION ACTIVITES BRANCH
721 19TH STREET, SUITE 400
DENVER, CO 80259-0001

Authorized Signature

⑈430190⑈ ⑆031100351⑆ ⑈0300975216⑈

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

430189

CIT Group Inc. (NJ)
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

Date 18 Sep 2003 Pay Amount $354.08***

Pay ****THREE HUNDRED FIFTY-FOUR AND 08 / 100 US DOLLAR****

To The Order Of
U.S. SMALL BUSINESS ADMINISTRATION
COLLECTION ACTIVITES BRANCH
721 19TH STREET, SUITE 400
DENVER, CO 80259-0001

Authorized Signature

⑈430189⑈ ⑆031100351⑆ ⑈0300975216⑈



COLORED BACKGROUND ON WHITE PAPER