No. 05-507C
(Senior Judge Merow)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CRAIG-BUFF LIMITED PARTNERSHIP,
a Nevada Limited Partnership,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S APPENDIX VOLUME THREE TO DEFENDANT'S REPLY BRIEF

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRIAN M. SIMKIN
Assistant Director

OF COUNSEL:

TIMOTHY TREANOR
Small Business
Administration

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

October 27, 2005

Attorneys for Defendant

# INDEX TO APPENDIX


| | Page |
|---|---|
| Transcript of Account (reflecting information printed from agency's database), for CIT loan, dated September 29, 2005 | 1 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated March 31, 2003 | 2 |
| Various checks from CIT to SBA, various dates | 3 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated May 12, 2003 | 5 |
| Various checks from CIT to SBA, various dates | 6 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated July 29, 2003 | 8 |
| Various checks from CIT to SBA, various dates | 9 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated August 26, 2004 | 12 |
| Various checks from CIT to SBA, various dates | 13 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated September 15, 2003 | 14 |
| Various checks from CIT to SBA, various dates | 15 |
| page 17 omitted | |
| Transcript of Account (reflecting information printed from agency's database), for consolidated SBA loan, dated October 12, 2005 | 18 |
| Various checks from Craig-Buff to SBA, various dates | 19 |
| SBA Checks Received Report dated August 12, 2004 (with checks from Nevada Title attached) | 28 |

CCAN: 25339
005-0025339-901

# SMALL BUSINESS ADMINISTRATION
# TRANSACTION REPORT ON LOAN SERVICED BY LENDER

| | |
|---|---|
| **1. Mail to:**<br><br>**U.S. Small Business Administration**<br>**721 19th Street**<br>**Denver, CO 80259** | **2. Lender's Name and Address**<br><br>CIT Small Business Lending Corporation<br>**One CIT Drive, Suite 4321**<br>**Livingston, New Jersey 07039** |
| **3. Loan Number**<br><br>1618324004 | **4. Borrower's Name**<br><br>**CRAIG-BUFF LIMITED PARTNERSHIP** |
| **5. Interest Rates**<br>6.25% SBA     6.25% CIT SBLC | **6. Percent Shares**<br>75.00% SBA     25.00% CIT SBLC |
| **7. Date Repayment Received**<br><br>09/05/2003 | **8. Installment Due Date Paid**<br><br>01/01/2002 |
| **9. Interest Period Paid**<br><br>From: 07/18/2003<br>To: 09/05/2003 | **10. No. of Days Interest**<br><br>49 days |

| 11. Application of payment | Total | Lender Share | SBA Share | SBA Guaranty % |
|---|---|---|---|---|
| Repayment amount | $4,476.34 | ~~$1,119.09~~ 08 | $3,357.26 | 75.00% |
| A. To interest | $2,253.96 | $563.49 | $1,690.47 | 75.00% |
| B. To Principal | $2,222.38 | ~~$555.60~~ 59 | $1,666.79 | 75.00% |
| C. Less: Service Fee * | | | $101.68 | |
| D. Amount remitted to SBA | | | $3,255.57 | |

* Compute Service Fees as follows:
Multiply SBA's Share of Beginning Principal By:
(Number of Days Interest times Daily Factor).
Daily Factor = .0000068 if SBA's Percent Share **Exceeds 75%.**
Daily Factor = .0000103 if SBA's Percent is **75% or less.**

| Principal Loan Balance | Total | Lender Share | SBA Share | SBA Guaranty % |
|---|---|---|---|---|
| a. Last Report 07/29/2003 | $268,633.75 | $67,158.44 | $201,475.31 | 75.00% |
| b. Plus Principal Additions | | | | 75.00% |
| c. Less Repayments/Credits | $2,222.38 | $555.60 | $1,666.79 | 75.00% |
| d. Ending Balance This Report | $266,411.37 | $66,602.84 | $199,808.53 | 75.00% |

| | | |
|---|---|---|
| **13. Comments:**<br><br>Payment from Debtor-in-Possession | | **14.** ------ OFO USE ONLY--------<br><br>T/C________ Offline Code__________<br><br>Next Due Date: / / |
| **15. Signature and Title**<br><br>Mark P. Jones<br>Asset Recovery & Liquidation | **16. Telephone No.**<br><br>(973)422-6023 | **17. Report Date**<br><br>09/15/2003 |

**SBA FORM 172 (4-93) REF: SOP 20 23**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CIT Group Inc.
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

501931

Date Aug/31/2004 Pay Amount $210,836.82***

Pay ****TWO HUNDRED TEN THOUSAND EIGHT HUNDRED THIRTY-SIX AND 82 / 100 DOLLAR****

To The Order Of
U.S. SMALL BUSINESS ADMINISTRATION
COLLECTION ACTIVITES BRANCH
721 19TH STREET, SUITE 400
DENVER, CO 80259-0001

Authorized Signature

501931 031100351 0300975216

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CIT Group Inc.
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

501932

Date Aug/31/2004 Pay Amount $793,512.95***

Pay ****SEVEN HUNDRED NINETY-THREE THOUSAND FIVE HUNDRED TWELVE AND 95 / 100 DOLLAR****

To The Order Of
U.S. SMALL BUSINESS ADMINISTRATION
COLLECTION ACTIVITES BRANCH
721 19TH STREET, SUITE 400
DENVER, CO 80259-0001

Authorized Signature

501932 031100351 0300975216

015

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CIT Group Inc.
1 CIT Drive
Livingston, NJ 07039

BANK OF NEW YORK (DELAWARE)
White Clay Center
Newark, DE 19711
62-35/311

501911

Date Aug/31/2004 Pay Amount $1,856.46***

...AND 46 / 100 DOLLAR****





016



# TRANSCRIPT OF ACCOUNT

NAME
**TURTLE STOP #12**

SBA U. S. Small Business Administration
Denver, CO 80259

LOAN NUMBER: **8964973510**
INTEREST RATE: 7.388%
DATE: 12-Oct-05

| TRANSACTION DATE | INTEREST DAYS | DISBURS. / CPC (REFUND) | REMITTANCE | APPLICATION OF REMITTANCE: PRINCIPAL | APPLICATION OF REMITTANCE: INTEREST | APPLICATION OF REMITTANCE: ACCR. INTEREST | BALANCES: PRINCIPAL | BALANCES: ACCR. INTEREST |
|---|---|---|---|---|---|---|---|---|
| 06/01/01 | | | | | | | $640,757.88 | $31,697.22 |
| 06/29/01 | 28 | | $11,218.00 | $11,218.00 | $0.00 | $0.00 | 629,539.88 | $35,328.72 |
| 04/23/02 | 298 | | 5,606.00 | 5,606.00 | 0.00 | 0.00 | 623,933.88 | 73,301.60 |
| 05/30/02 | 37 | | 5,600.00 | 5,600.00 | 0.00 | 0.00 | 618,333.88 | 77,974.37 |
| 07/17/02 | 48 | | 5,600.00 | 5,600.00 | 0.00 | 0.00 | 612,733.88 | 83,981.93 |
| 07/26/02 | 9 | | 5,213.36 | 5,213.36 | 0.00 | 0.00 | 607,520.52 | 85,098.15 |
| 10/25/02 | 91 | 926,238.83 | | 0.00 | 0.00 | 0.00 | 1,533,759.35 | 96,288.30 |
| 12/12/02 | 48 | | 7,447.55 | 7,447.55 | 0.00 | 0.00 | 1,526,311.80 | 111,189.88 |
| 01/28/03 | 47 | | 7,447.55 | 7,447.55 | 0.00 | 0.00 | 1,518,864.25 | 125,710.16 |
| 05/09/03 | 101 | | 7,447.55 | 7,447.55 | 0.00 | 0.00 | 1,511,416.70 | 156,761.06 |
| 08/15/03 | 98 | | 13,500.00 | 0.00 | 13,500.00 | 0.00 | 1,511,416.70 | 173,241.93 |
| 09/05/03 | 21 | | 13,500.00 | 0.00 | 6,424.47 | 7,075.53 | 1,511,416.70 | 166,166.40 |
| 10/16/03 | 41 | | 13,500.00 | 13,500.00 | 0.00 | 0.00 | 1,497,916.70 | 178,709.42 |
| 08/12/04 | 301 | | 768,190.86 | 498,219.84 | 91,261.60 | 178,709.42 | 999,696.86 | 0.00 |
| 08/12/04 | 0 | | 999,999.99 | 999,999.99 | 0.00 | 0.00 | (303.13) | 0.00 |
| TOTALS | | $926,238.83 | $1,864,270.86 | $69,080.01 | $19,924.47 | $7,075.53 | | |

LISTED ABOVE IS A TRANSCRIPT OF ACCOUNT AS OF THE DATES INDICATED, TAKEN FROM THE RECORDS OF THIS AGENCY.

AUTHORIZED SIGNATURE: [signature]
DATE: 10/12/05

SBA FORM 466 (11-95) SOP 20 22 1

018

**CRAIG BUFF LIMITED**
4620 E. RUSSELL ROAD
LAS VEGAS, NV 89120

COLONIAL BANK
LAS VEGAS, NV 89128
94-178/1224

102

4-22-02

PAY TO THE ORDER OF U.S. Small Business Administration $ 5606.00

Five Thousand six hundred six 00/100 DOLLARS

MEMO Loan # 896-492-3005 35-10
Turtle Stop #12

[illegible signature]
[illegible signature]

⑈001022⑈ ⑆122401781⑆ 8032129986⑈

© 1994 - 2000 INTUIT INC. # 735 1-800-433-8810

RECEIVED
JUL 26 2002
U.S. SMALL BUSINESS ADMINISTRATION
LAS VEGAS, NEVADA

Turtle Slop #12
0271305

CRAIG BUFF LIMITED
4620 E. RUSSELL ROAD
LAS VEGAS, NV 89120

COLONIAL BANK
LAS VEGAS, NV 89128
94-178/1224

1196

7/19/2002

PAY TO THE ORDER OF SBA $ **5,213.36

Five Thousand Two Hundred Thirteen and 36/100 DOLLARS

MEMO Acct. #896-497-3510

⑈001196⑈ ⑆122401781⑆ 8032129986⑈

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDDLE

⑈0308208168535008 ⑆122401449⑆ ⑈195669⑈

NEVADA STATE BANK

OFFICIAL CHECK

351682085

PAY TO THE ORDER OF SMALL BUSINESS ADMINISTRATION

DRAWER: NEVADA STATE BANK

[redacted]

Date 7/1/02

Pay to the order of SBA $ 350 00

Three hundred fifty and no/100 Dollars

WASHINGTON MUTUAL BANK, FA
BELLFLOWER FINANCIAL CENTER 1016
BELLFLOWER, CA 90706

[redacted]

©2000 THOMAS KINKADE, MEDIA ARTS GROUP, SAN JOSE

[redacted]

CRAIG BUFF LIMITED
4620 E. RUSSELL ROAD
LAS VEGAS, NV 89120

COLONIAL BANK
LAS VEGAS, NV

1109

6/28/2002

PAY TO THE ORDER OF Small Business Administration $ **5,600.00

Five Thousand Six Hundred and 00/100****************************** DOLLARS

Small Business Administration
300 South Las Vegas Blvd #100
Las Vegas NV 89101

MEMO Loan Number 896-497-3009, File Number 1598-1 9510

⑈001109⑈ ⑆122401781⑆ 8032129988⑈

Turtle Stop #12 305/219