No. 05-507C
(Senior Judge Merow)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CRAIG-BUFF LIMITED PARTNERSHIP,
a Nevada Limited Partnership,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# DEFENDANT'S APPENDIX VOLUME FOUR TO DEFENDANT'S REPLY BRIEF

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRIAN M. SIMKIN
Assistant Director

OF COUNSEL:

TIMOTHY TREANOR
Small Business
Administration

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

October 27, 2005

Attorneys for Defendant

# INDEX TO APPENDIX


| | Page |
|---|---|
| Transcript of Account (reflecting information printed from agency's database), for CIT loan, dated September 29, 2005 . . . . . . . . . . . . . . . . | 1 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated March 31, 2003 . . . . . . . . . . . . | 2 |
| Various checks from CIT to SBA, various dates . . . . . . . . . | 3 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated May 12, 2003 . . . . . . . . . . . . . | 5 |
| Various checks from CIT to SBA, various dates . . . . . . . . . | 6 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated July 29, 2003 . . . . . . . . . . . . . | 8 |
| Various checks from CIT to SBA, various dates . . . . . . . . . | 9 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated August 26, 2004 . . . . . . . . . . | 12 |
| Various checks from CIT to SBA, various dates . . . . . . . . | 13 |
| Transaction Report On Loan Serviced By Lender from CIT to SBA, dated September 15, 2003 . . . . . . . . | 14 |
| Various checks from CIT to SBA, various dates . . . . . . . . | 15 |
| page 17 omitted | |
| Transcript of Account (reflecting information printed from agency's database), for consolidated SBA loan, dated October 12, 2005 . . . . . . | 18 |
| Various checks from Craig-Buff to SBA, various dates . . . . | 19 |
| SBA Checks Received Report dated August 12, 2004 (with checks from Nevada Title attached) . . . . . . . . | 28 |

**CRAIG BUFF LIMITED**
4620 E. RUSSELL ROAD
LAS VEGAS, NV 89120

**COLONIAL BANK**
2820 WEST CHARLESTON BLVD
LAS VEGAS, NV 89102

1506

94-176/1224

12/3/2002

PAY TO THE ORDER OF U. S. Small Business Administration $ **7,447.55

Seven Thousand Four Hundred Forty-Seven and 55/100*********************************************************************************************** DOLLARS

U. S. Small Business Adm.
400 South Fourth Street
Las Vegas
NV. 89101

Attn: ~~Art Ericksen~~ Loan # 396497 35-10

MEMO

pd. 12-6-02

⑈001506⑈ ⑆122401781⑆ 8032129986⑈

022

083571

**CRAIG BUFF LIMITED**
4620 E. RUSSELL ROAD
LAS VEGAS, NV 89120

**COLONIAL BANK**
2820 WEST CHARLESTON BLVD
LAS VEGAS, NV 89102

1626
94-170/1224

1/24/2003

PAY TO THE ORDER OF SBA $ **7,447.55

Seven Thousand Four Hundred Forty-Seven and 55/100************************************************** DOLLARS

Details on back. Security Features Included.

U. S. Small Business Adm.
400 South Fourth Street
Las Vegas, Nv. 89101

MEMO Payment on Large Note #896497 35-10

[signature]

⑈001626⑈ ⑆122401781⑆ 8032129986⑈

080971

6/10
305

Liz
Tuttle Stop #12

**CRAIG BUFF LIMITED**
4620 E. RUSSELL ROAD
LAS VEGAS, NV 89120

**COLONIAL BANK**
2820 WEST CHARLESTON BLVD
LAS VEGAS, NV 89102

1872
94-1767/1224

5/7/2003

PAY TO THE ORDER OF SBA $ **7,447.55

Seven Thousand Four Hundred Forty-Seven and 55/100************************************ DOLLARS

Details on back. Security Features Included.

U. S. Small Business Adm.
400 South Fourth Street
Las Vegas, Nv. 89101

MEMO Payment on Large Note #89649735-10

H. Sidler
Janine Owens

⑈001872⑈ ⑆122401781⑆ 8032129985⑈

Rc'd 5-9-03

08397

**CRAIG BUFF LIMITED**
4620 E. RUSSELL ROAD
LAS VEGAS, NV 89120

**COLONIAL BANK**
820 WEST CHARLESTON BLVD
LAS VEGAS, NV 89102

2071
94-178/1224

8/8/2003

PAY TO THE ORDER OF SBA $ **13,500.00

Thirteen Thousand Five Hundred and 00/100****************************** DOLLARS

SBA
Attn: Ereckson
400 S.Foruth St.
#250
Las Vegas, NV 89101
Acct. #896-497-3510

MEMO

⑈002071⑈ ⑆122401781⑆ 8032129986⑈

Liq 305

**CRAIG BUFF LIMITED**
1620 E. RUSSELL ROAD
LAS VEGAS, NV 89120

**COLONIAL BANK**
2820 WEST CHARLESTON BLVD
LAS VEGAS, NV 89102

94-178/1224

2157

9/3/2003

PAY TO THE ORDER OF SBA $ **13,500.00

Thirteen Thousand Five Hundred and 00/100************************************ DOLLARS

Small Business Assoc.
400 South Fourth Street
Suite 250
Las Vegas, Nv. 98101
Attn: Art Ereckson
8964973510 Loan #

MEMO

⑈002157⑈ ⑆122401781⑆ 8032129986⑈

**CRAIG BUFF LIMITED**
4620 E RUSSELL ROAD
LAS VEGAS, NV 89120

**COLONIAL BANK**
2120 WEST CHARLESTON BLVD
LAS VEGAS, NV 89102

2238

10/10/2003

PAY TO THE ORDER OF SBA $ **13,500.00

Thirteen Thousand Five Hundred and 00/100************************************** DOLLARS

Small Business Assoc
400 South Fourth Street
Suite 250
Las Vegas, Nv 98101
Attn: Art Ereckson
8964973510

MEMO

⑈002238⑈ ⑆122401781⑆ 8032129986⑈

RECEIVED
OCT 16 2003
U.S. SMALL BUSINESS ADMINISTRATION
LAS VEGAS, NEVADA

SMALL BUSINESS ADM STRATION
CHECKS RECEIVE PORT
From 08/12/2004 to 08/12/2004
Date 08/12/2004

| Payer Name | Serial # | Multiple Item | Loan # | Check # | Amount | Check Date | Entry Date | Assigned To | Status |
|---|---|---|---|---|---|---|---|---|---|
| OFFICE CODE 0944 | | | | | | | | | |
| NEVADA TITLE COMPANY | 200408001074 | | 8964973510 | 115554 | $999,999.99 | 08/12/2004 | 08/12/2004 | STORO, DIANA L | Hold ✓ Completed 8-12-04 DL |
| NEVADA TITLE COMPANY | 200408001075 | | 8964973510 | 115554 | $768,190.86 | 08/12/2004 | 08/12/2004 | STORO, DIANA L | Hold ✓ Completed 8-12-04 DL |

Office Item Count: 2 Office Total Amount: $1,768,190.85
Total Item : 2 Total Amount : $1,768,190.85

028

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**Nevada Title Company**
Corporate Headquarters
2500 North Buffalo Drive, Suite 150
Las Vegas, Nevada 89128

**Bank of America**
300 South 4th Street, 2nd Floor
Las Vegas, Nevada 89101

No. 115554

16-72/1224

Escrow No. 0402-1894-DTC 8/12/2004

PAY ONE MILLION SEVEN HUNDRED SIXTY EIGHT THOUSAND ONE HUNDRED NINETY AND 85/100 DOLLARS

AMOUNT 1,768,190.85

1768190.85

TO THE ORDER OF US SMALL BUSINESS ADMINISTRATION
400 S. 4th Street #250
Las Vegas, NV 89101

SBA Turtle Stop #12 Loan# 89649735-10

ESCROW TRUST ACCOUNT

⑈115554⑈ ⑆122400724⑆ 004961751627⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENTS.